

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

Zhuangren Liu -A75 304 845,
                Plaintiff,

v.

PETER D. KEISLER, Acting Attorney
General of the United States;
PATRICK FITZGERALD, U.S. Attorney
The U.S. Department of Justice;
MICHAEL CHERTOFF, Secretary,
Department of Homeland Security;
ROBERT L. BLACKWOOD, Chicago District
Office Director, U.S. Citizenship and
Immigration Services;
Dr. EMILIO T. GONZALEZ, Director,
U.S. Citizenship and Immigration Services
                Defendants.

)

**08CV0064**
**JUDGE GETTLEMAN**
**MAG. JUDGE NOLAN**

)
)
)
)
)
)
)
)
)
)
)

**FILED**

JAN - 3 2008
Jan 3, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## COMPLAINT FOR WRIT OF MANDAMUS

**To the Honorable Judges of Said Court:**

Plaintiff, Zhuangren Liu, through undersigned counsel, alleges as follows:

### INTRODUCTION

1. This is a civil action brought pursuant to 28 U.S.C. §1331, and 28 U.S.C. §1361, to redress the deprivation of rights, privileges and immunities secured to Plaintiffs to compel Defendants to perform a duty Defendants owe to Plaintiffs. Jurisdiction is also conferred by 5 U.S.C. §701.

2. This action is brought to compel Defendants and those acting under them to take action on the U.S. Citizenship Application, form N-400, in order for Plaintiff to become a citizen of the United States.

3. Plaintiff is eligible to have his Application adjudicated.

4. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services, are charged by law with the statutory obligation to adjudicate these U.S. Citizenship Applications, Form N-400.

5.    Venue is proper under 28 USC §1391(e)(2) because a substantial part of the events or omissions occurred in this district.

## FACTS

6.    Plaintiff, a citizen of China, entered the United States in August 1990 on an F-1 Student Visa. After graduating in 1997, Mr. Liu applied for and was granted H-1 work visa and was granted permanent resident status in January 1998.

7.    In January 2003 Plaintiff applied for U.S. Citizenship by submitting Form N-400. *See* Exhibit 1 (a copy of Mr. Liu's N-400 application).

8.    On August 21, 2003 Plaintiff appeared and was interviewed by Officer Weir of the U.S. Citizenship and Immigration Services, in Chicago, Illinois, pursuant to the naturalization process. *See* Exhibit 2 (Naturalization Interview Results).

9.    At the end of the interview, Officer Weir informed Mr. Liu that he had passed the tests of English and U.S. History and Government, and that his application would be recommended for approval. *Id.*

10.    It has now been over four years since Plaintiff was interviewed by Officer Weir, and his Citizenship Application, Form N-400, has now been pending since January 13, 2003. Plaintiff has made several requests to determine the status of his application and the delay associated with his approval, but has been told that his application is still pending a background check. (See Exhibits 3-7)

### CLAIMS

1.    Defendants have willfully and unreasonably delayed in, and have refused to, adjudicate Plaintiff's Citizenship Application, Form N-400, thereby depriving the Plaintiff of the benefit of becoming a Citizen of the United States, and the peace of mind to which he is entitled;

2.    Defendants owe Plaintiff a duty to adjudicate his Application, and have unreasonably failed to perform that duty;

3.    Plaintiff has exhausted any administrative remedies that may exist.

**WHEREFORE, Plaintiffs prays that the Court:**

1.    Compel Defendants and those acting under them to perform their duty to adjudicate Plaintiff's Application;

2.    Grant such other and further relief as this Court deems proper under the circumstances; and

3.    Grant Attorney's fees and costs of Court to Plaintiffs under the Equal Access to Justice Act.

Respectfully submitted this 21th day of December, 2007.

**Patrick A. Metcalf**
Attorney for Petitioner

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009
**Application for Naturalization**

Print clearly or type your answers using CAPITAL letters.  Failure to print clearly may delay your application.  Use black or blue ink.

**Part 1.  Your Name** *(The Person Applying for Naturalization)*

Write your INS "A"- number here:
A  0  7  5  3  0  4  8  4  5

A. Your current legal name.

Family Name *(Last Name)*

LIU

Given Name *(First Name)*

ZHUANGREN

Full Middle Name *(If applicable)*

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|

Remarks

B. Your name exactly as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

ZHUANGREN

Given Name *(First Name)*

LIU

Full Middle Name *(If applicable)*

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☑ No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

Action

**Part 2.  Information About Your Eligibility**   *(Check Only One)*

I am at least 18 years old **AND**

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND
I have been married to and living with the same U.S. citizen for the last 3 years, AND
my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 05/31/01)N

| Part 3.  Information About You | Write your INS "A"- number here: |
|---|---|
| | A 0 7 5 3 0 4 8 4 5 |

A. Social Security Number

`3 4 4 - 8 4 - 1 8 2 0`

B. Date of Birth *(Month/Day/Year)*

`0 3 / 0 6 / 1 9 6 6`

C. Date You Became a Permanent Resident *(Month/Day/Year)*

`0 1 / 2 1 / 1 9 9 8`

D. Country of Birth

CHINA

E. Country of Nationality

CHINA

F.  Are either of your parents U.S. citizens? *(if yes, see Instructions)*   ☐ Yes   ☑ No

G.  What is your current marital status?   ☐ Single, Never Married   ☑ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H.  Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☑ No

I.  Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   ☐ Yes   ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

| Part 4.  Addresses and Telephone Numbers |
|---|

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*

1013 HOLLYCREST DR

Apartment Number

| City | County | State | ZIP Code | Country |
|---|---|---|---|---|
| CHAMPAIGN | CHAMPAIGN | IL | 61821 | USA |

B. Care of

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

| City | State | ZIP Code | Country |
|---|---|---|---|
| | | | |

C. Daytime Phone Number *(If any)*

(217 ) 3336982

Evening Phone Number *(If any)*

(217 ) 3528084

E-mail Address *(If any)*

LIUZR@UIUC.EDU

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A 0 7 5 3 0 4 8 4 5

**Note:** The categories below are those required by the FBI. See Instructions for more information.

A. Gender

[✔] Male   [ ] Female

B. Height

5 Feet 9 Inches

C. Weight

155.00 Pounds

D. Race

[ ] White   [✔] Asian or Pacific Islander   [ ] Black   [ ] American Indian or Alaskan Native   [ ] Unknown

E. Hair color

[✔] Black   [ ] Brown   [ ] Blonde   [ ] Gray   [ ] White   [ ] Red   [ ] Sandy   [ ] Bald (No Hair)

F. Eye color

[✔] Brown   [ ] Blue   [ ] Green   [ ] Hazel   [ ] Gray   [ ] Black   [ ] Pink   [ ] Maroon   [ ] Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 1 2 / 1 9 9 8 | Present |
| 113 PADDOCK DR, SAVOY, IL 61874, USA | 0 3 / 1 9 9 3 | 1 1 / 1 9 9 8 |
| | __ __ / __ __ __ __ | __ __ / __ __ __ __ |
| | __ __ / __ __ __ __ | __ __ / __ __ __ __ |
| | __ __ / __ __ __ __ | __ __ / __ __ __ __ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| UNIV OF ILLINOIS | 1308 W MAIN, URBANA, IL | 0 3 / 1 9 9 7 | 1 2 / 2 0 0 3 | RES SCIENTIST |
| UNIV OF ILLINOIS | 105 S GREGORY, URBANA, IL | 0 5 / 1 9 9 6 | 0 2 / 1 9 9 7 | POSTDOCTOR |
| UNIV OF ILLINOIS | 105 S GREGORY, URBANA, IL | 0 8 / 1 9 9 0 | 0 4 / 1 9 9 6 | STUDENT |
| | | __ __ / __ __ __ __ | __ __ / __ __ __ __ | |
| | | __ __ / __ __ __ __ | __ __ / __ __ __ __ | |

| Part 7. Time Outside the United States *(Including Trips to Canada, Mexico, and the Caribbean Islands)* | Write your INS "A"- number here: A 0 7 5 3 0 4 8 4 5 |
|---|---|

A. How many total days did you spend outside of the United States during the past 5 years?   `133` days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?   `8` trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 1 0 / 1 9 / 2 0 0 2 | 1 1 / 0 3 / 2 0 0 2 | ☐ Yes ☑ No | CHINA | 15 |
| 1 2 / 1 5 / 2 0 0 1 | 0 1 / 0 5 / 2 0 0 2 | ☐ Yes ☑ No | CHINA | 21 |
| 1 1 / 2 4 / 2 0 0 1 | 1 2 / 0 1 / 2 0 0 1 | ☐ Yes ☑ No | MEXICO | 7 |
| 1 0 / 1 0 / 2 0 0 1 | 1 0 / 1 9 / 2 0 0 1 | ☐ Yes ☑ No | AUSTRALIA | 9 |
| 1 1 / 1 5 / 2 0 0 0 | 1 2 / 0 2 / 2 0 0 0 | ☐ Yes ☑ No | NEW ZEALAND | 17 |
| 0 7 / 0 6 / 2 0 0 0 | 0 8 / 1 4 / 2 0 0 0 | ☐ Yes ☑ No | CHINA | 39 |
| 0 1 / 1 0 / 2 0 0 0 | 0 1 / 1 9 / 2 0 0 0 | ☐ Yes ☑ No | CANADA, DANMARK | 9 |
| 0 5 / 2 5 / 1 9 9 9 | 0 6 / 1 0 / 1 9 9 9 | ☐ Yes ☑ No | CHINA | 16 |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |

---

**Part 8.  Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?   `1`   If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)*

SHAO | YIQI |

2. Date of Birth *(Month/Day/Year)*   `0 6 / 0 3 / 1 9 6 9`

3. Date of Marriage *(Month/Day/Year)*   `0 7 / 2 5 / 1 9 9 1`

4. Spouse's Social Security Number   `3 4 4 - 8 6 - 7 1 3 9`

5. Home Address - Street Number and Name   `1013 HOLLYCREST DR`   Apartment Number

City   `CHAMPAIGN`

State   `IL`

ZIP Code   `61821`

| Part 8.  Information About Your Marital History *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A  0  7  5  3  0  4  8  4  5 |

C. Is your spouse a U.S. citizen?   ☐ Yes   ☑ No

D. If your spouse is a U.S. citizen, give the following information:

   1. When did your spouse become a U.S. citizen?   ☐ At Birth   ☐ Other

   If "Other," give the following information:

   2. Date your spouse became a U.S. citizen
   ___ / ___ / ___ ___ ___ ___

   3. Place your spouse became a U.S. citizen *(Please see Instructions)*

   City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

   1. Spouse's Country of Citizenship

   CHINA

   2. Spouse's INS "A"- Number *(If applicable)*

   A  0  7  6  6  7  5  2  9  1

   3. Spouse's Immigration Status

   ☑ Lawful Permanent Resident   ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

   1. Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

   2. Prior Spouse's Immigration Status
   ☐ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other _____

   3. Date of Marriage *(Month/Day/Year)*
   ___ / ___ / ___ ___ ___ ___

   4. Date Marriage Ended *(Month/Day/Year)*
   ___ / ___ / ___ ___ ___ ___

   5. How Marriage Ended
   ☐ Divorce   ☐ Spouse Died   ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)?   1

   If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
   If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

   1. Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

   2. Prior Spouse's Immigration Status
   ☐ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other _____

   3. Date of Marriage *(Month/Day/Year)*
   ___ / ___ / ___ ___ ___ ___

   4. Date Marriage Ended *(Month/Day/Year)*
   ___ / ___ / ___ ___ ___ ___

   5. How Marriage Ended
   ☐ Divorce   ☐ Spouse Died   ☐ Other _____

| Part 9. Information About Your Children | Write your INS "A"- number here: |
|---|---|
| | A <u>0</u> <u>7</u> <u>5</u> <u>3</u> <u>0</u> <u>4</u> <u>8</u> <u>4</u> <u>5</u> |

A. How many sons and daughters have you had? For more information on which sons and daughters    [ 0 ]
you should include and how to complete this section, see the Instructions.

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth *(Month/Day/Year)* | INS "A"- number *(if child has one)* | Country of Birth | Current Address *(Street, City, State & Country)* |
|---|---|---|---|---|
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |

| Part 10. Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☑ No

2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☑ No

3. Have you **EVER** voted in any Federal, state, or local election in the United States? ☐ Yes ☑ No

4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return? ☐ Yes ☑ No

5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☑ No

6. Do you have any title of nobility in any foreign country? ☐ Yes ☑ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here:<br>A <u>0</u> <u>7</u> <u>5</u> <u>3</u> <u>0</u> <u>4</u> <u>8</u> <u>4</u> <u>5</u> |
|---|---|

### B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?   ☑ Yes   ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1.  AMERICAN GEOPHYSICAL UNION | 6. |
| 2.  AMERICAN METEOROLOGICAL SOCIETY | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?   ☐ Yes   ☑ No

   b. Any other totalitarian party?   ☐ Yes   ☑ No

   c. A terrorist organization?   ☐ Yes   ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?   ☐ Yes   ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?   ☐ Yes   ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?   ☐ Yes   ☑ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?   ☐ Yes   ☑ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?   ☐ Yes   ☑ No

### C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?   ☐ Yes   ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?   ☐ Yes   ☑ No

| Part 10.  Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A  0  7  5  3  0  4  8  4  5 |

### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested?  ☐ Yes  ☑ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason?  ☐ Yes  ☑ No

17. Have you **EVER** been charged with committing any crime or offense?  ☐ Yes  ☑ No

18. Have you **EVER** been convicted of a crime or offense?  ☐ Yes  ☑ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes  ☑ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled?  ☐ Yes  ☑ No

21. Have you **EVER** been in jail or prison?  ☐ Yes  ☑ No

If you answered "Yes" to any of questions 15 through 21, complete the following table.  If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer questions 22 through 33.  If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

   a. been a habitual drunkard?  ☐ Yes  ☑ No

   b. been a prostitute, or procured anyone for prostitution?  ☐ Yes  ☑ No

   c. sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes  ☑ No

   d. been married to more than one person at the same time?  ☐ Yes  ☑ No

   e. helped anyone enter or try to enter the United States illegally?  ☐ Yes  ☑ No

   f. gambled illegally or received income from illegal gambling?  ☐ Yes  ☑ No

   g. failed to support your dependents or to pay alimony?  ☐ Yes  ☑ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal?  ☐ Yes  ☑ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes  ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 7 5 3 0 4 8 4 5 |

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☑ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☑ No

### F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☑ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☑ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☑ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☑ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays
in any status except as a lawful nonimmigrant?  ☐ Yes  ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you
must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [              ]   Selective Service Number [ __ __ / __ __ __ / __ __ __ __ ]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a
statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the answer was
"No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☑ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☑ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☑ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian
direction?  ☑ Yes  ☐ No

**Part 11.  Your Signature**

Write your INS "A"- number here:
A  0   7   5   3   0   4   8   4   5

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

Date *(Month/Day/Year)*
0  1  /  0 3  /  2  0  0  3

**Part 12.  Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date *(Month/Day/Year)*
/    /

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number
(    )

Preparer's Address - Street Number and Name

City

State

ZIP Code

---

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13.  Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date *(Month/Day/Year)*

Complete Signature of Applicant

Officer's Signature

**Part 14.  Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

Form N-400 (Rev. 05/31/01)N Page 10

U.S. Department of Justice
Case 1:08-cv-00064 Document 1 Filed 01/03/2008 Page 13 of 26
Immigration and Naturalization Service **Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>January 21, 2003 |
|---|---|---|---|
| CASE TYPE<br>N400 Application For Naturalization | | | INS A#<br>A 075 304 845 |
| APPLICATION NUMBER<br>LIN*000520577 | RECEIVED DATE<br>January 13, 2003 | PRIORITY DATE<br>January 13, 2003 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ZHUANGREN LIU
1013 HOLLYCREST DR
CHAMPAIGN IL 61821

PAYMENT INFORMATION:

Single Application Fee: $310.00
Total Amount Received: $310.00
Total Balance Due: $0.00

ıllandlladudladl

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth: March 06, 1966
Address Where You Live: 1013 HOLLYCREST DR
CHAMPAIGN IL 61821

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

**INS Customer Service Number:**
(402) 323-7830

APPLICANT COPY

LIN*000489033

U.S. Department of Justice
Immigration & Naturalization Service

## Naturalization Interview Results

A#: _075  304  845_

On ___08 / 21 / 03___, you were interviewed by INS Officer _____WEIR_____

☑ You passed the tests of English and U.S. history and government.
☐ You passed the test of U.S. history and government and the English language requirement was waived.
☐ The Service has accepted your request for a Disability Exception.   You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read / _____ / Write English.
☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.
☑ INS will send you a written decision about your application. _pending background_ ✓

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government.   You will not be rescheduled for another interview for this N-400.   INS will send you a written decision about your application.

A)____✓____ **Congratulations!  Your application has been recommended for approval.**  At this time, it appears that you have established your eligibility for naturalization.   If final approval is granted, you will be notified when and where to report for your Oath Ceremony.

B)_____ **A decision cannot yet be made about your application.**

**It is very important that you:**
√  Notify INS if you change your address.
√  Come to any scheduled interview.
√  Submit all requested documents.
√  Send any questions about this application in writing to the officer named above.   Include your full name, A-number, and a copy of this paper.
√  Go to any oath ceremony that you are scheduled to attend.
√  Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony.   Include a copy of this paper and a copy of the scheduling notice.

Form N-652 (12/7/99)

**U.S. Department of Justice**
Immigration and Naturalization Service
Chicago District Office

# Status Inquiry Form

Date: _7/12/2006_

Write your INS "A" number here:
A _075 304 845_

Name of Applicant : _Zhuangren LIU_

Mailing Address - C/O _____

Street: _4413 Stonebridge Dr._    Apt # : _____

City: _Champaign_    State: _IL_    Zip Code: _61822_

Daytime telephone number: _217-721-3085_    Date of Birth: _03-06-1966_
Month – Day – Year

Form Type (Check all that apply):
Citizenship:
N-400 _✓_    N-336 ____    N-600 ____    N-643 ____    N-565 ____

Adjustment of Status:
I-130 ____    I-485 ____    I-751 ____    I-765 ____    I-824 ____    Other ____

Filing Date: _1/13/2003_

Interview Date: _8/21/2003_

Interviewing Officer (if known): _WEIR_

I want to: (Check all that apply)

_✓_ **Change my address.**
(Is new address listed above?)

____ **Submit documents.**

____ **Other** _____

_✓_ **Inquire on status of my case**

____ **Request reschedule for:** (circle one)

Interview    Oath    Fingerprinting

Comments:
_Our client ZhuangrenLIU had his interview of the citizenship on 08-21-2003. He has been waiting for the background check up for almost 3 years. Please advise._

Inquiries may be made by applicants, beneficiaries, attorneys, and accredited representatives ONLY.

If you are an attorney or an accredited representative, a G-28 must be attached.
Inquiries may be mailed to: INS, Customer Service, P.O.Box 3616, Chicago, IL 60690
CU 11/01/01



**U.S. Citizenship
and Immigration
Services**

September 12, 2006                                    **NRC2006065817**

Patrick A Metcalf
Attorney at Law
715 W. Main St.
West Dundee, IL 60118

Dear Patrick A Metcalf:

We received your request for information relating to Liu, Zhuangren on September 12, 2006.

Your request is being handled under the provisions of the Freedom of Information Act
(5 U.S.C. 552). It has been assigned the following control number: NRC2006065817. Please cite this
number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is
deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be
charged for searching for records sought at the respective clerical, professional, and/or managerial rates of
$4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first
100 copies and two hours of search time are not charged, and the remaining combined charges for search
and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any
fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this
system we consider each request according to the complexity and volume so that requesters with a simple
and quick response do not wait for extended periods of time while we review complex voluminous
requests. Because of the nature of your request we have placed your request on the complex track. Since
your request is on the complex track, you may wish to modify it to identify a specific document(s), the
exact information sought, and location if known. Upon receipt, we will reconsider your request for
eligibility for the faster track.

This office is now able to offer you the option of having your records copied to a Compact Disc (CD) for
use on your personal computer. This option is an alternative to paper copies. The CD is readable on all
computers, except Apple brand, through the use of Adobe Acrobat software. A version of Adobe Acrobat
will be included on the CD. Your records can be viewed on your computer screen and can be printed
onto paper. Only records 15 pages or more are eligible for CD printing. **Attorneys automatically
receive CDs, unless they contact us to request paper copies. Once an attorney has requested paper
copies, all future responsive records will be provided via paper – there is no need to call again.** For
individuals (i.e. non-attorneys) please call our office at (816) 350-5570 to order your record on CD. Once
you request your records on either CD or paper, all future records will be furnished in the format you have
requested.

If you have any questions concerning your pending FOIA/PA request, please address them to this office, Attention: FOIA/PA Officer, or call us at (816) 350-5570, or fax any FOIA/PA related correspondence to (816) 350-5785. If you have questions concerning the status of a pending Application or Petition or any other type of immigration matter, you must contact your local District Office or call the National Customer Service Unit at 1-800-375-5283. The National Records Center cannot assist you concerning any pending Applications or Petitions or any other type of immigration matter.

Sincerely,

T. Diane Cejka
Director

**U.S. Department of Homeland Security**
USCIS
101 West Congress Parkway
Chicago, IL 60605



**U.S. Citizenship
and Immigration
Services**

Thursday, January 18, 2007

PATRICK A. METCALF
METCALF AND ASSOCIATES PC
715 WEST MAIN STREET
WEST DUNDEE IL 60118

**ATTORNEY/PARALEGAL COPY**

ZHUANGREN LIU
4413 STONEBRIDGE DRIVE
CHAMPAIGN IL 61822

Dear ZHUANGREN LIU:

On 01/12/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | LUO, XUEYING |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | PATRICK A. METCALF |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN*000520577 |
| **Beneficiary (if you filed for someone else):** | LIU, ZHUANGREN |
| **Your USCIS Account Number (A-number):** | A075304845 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Our records indicate that we are awaiting your response to our request for additional evidence on this case from 8-27-03.  Your case is currently in suspense or on hold until we receive your response..

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember:  By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form.  If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete.  If you have already called us and given us this information, you do not need to call again.



**Name:** **Zhuangren Liu**

**Appointment Type:** **Speak to immigration officer**

**Confirmation No.:** **CHI-07-4674**

**Authentication Code:** **f199**

**Appointment Date:** **February 13, 2007**

**Appointment Time:** **11:00 AM**

**Location: 101 W. CONGRESS PARKWAY, Chicago, IL 60605; LOBBY**

## This is your Confirmation Number:



## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *57180*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**ΛETCALF & ASSOCIATES,**
ATTORNEYS AT LAW

200 W. HIGGINS ROAD, SUITE 228
SCHAUMBURG, IL 60195
PHONE: (847) 882-1992
FAX: (847) 882-2991
EMAIL: INFO@ASKIMMIGRATION.COM

March 30, 2007

US Citizenship & Immigration Services
Ms. Debra Gordon
101 Congress Parkway
Chicago, Il 60605

     Re:   Mr. Zhuang LIU – A75 304 845
           N-400 Application filed: January 13, 2003
           Interviewed Date: August 21, 2003

Dear Ms. Gordon:

We have been retained by Mr. Liu to assist with the adjudication of his U.S. Citizenship application. Mr. Liu filed his N-400 application in January of 2003 and he was interviewed in August of 2003. Our client respectfully requests a prompt adjudication of his case.

As you can see, Mr. Liu has been patiently waiting for the adjudication of this case for almost four (4) years. Understandably, he is running out of patience and he has requested us to take this matter to Federal Court if this case is not adjudicated.

During the past four years, he has made numerous inquiries about his case to no avail. In fact, I even made an attempt in person to find out the status of the case on February 13, 2007 using the Infopass system. I was advised that the security clearance was not an issue and would hear from the Service regarding the decision very shortly.

Also, the officer stated that this application had no outstanding items per any RFE during my Infopass inquiry. The only thing remaining was a final decision by the officer. I am bringing this to your attention because this contradicts the CIS letter dated January 18, 2007 which states that the CIS is waiting for additional evidence. Our client states that he has never received any RFE letter or any kind of request. If there are any items outstanding, he would have submitted the missing information. If there are any missing information, please advise us so we can forward the information for your review.

To date, we have heard no response from the Service. Absent any decision from the CIS regarding this application, we have no choice but to use the Federal Court system to get a resolution of this case.

Mr. Zhuang LIU
Page 2

Thank you for your kind assistance and please contact me at 847-882-1992 should you require additional information or if have any comments or suggestions.

Very truly yours,
*Metcalf & Associates, P.C.*

Patrick A. Metcalf
Attorney at Law

CC:    Shirley McNulty – US Department of Justice
Encls:
        February 13, 2007 Info Pass
        January 18, 2007 CIS Letter
        July 12, 2006 Attorney Inquiry Letter
        September 10, 2004 CIS Letter
        June 1, 2004 CIS Letter
        August 21, 2003 Interview Letter
        January 21, 2003 Notice of Action

Immigration\Citizenship Appeals\LIU, Zhuang\Inqiry-FedCourt.doc

## <u>CERTIFICATE OF SERVICE</u>

      I certify that on December 21, 2007, one copy of Petitioner's COMPLAINT FOR WRIT OF MANDAMUS was served by certified mail to:

Peter D. Keisler, Acting Attorney General of the United States
U.S. Department of Justice – Office of Immigration
P.O. Box 878 Ben Franklin Station
Washington D.C. 20044

 

 

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on December 21, 2007, one copy of Petitioner's COMPLAINT FOR WRIT OF MANDAMUS was served by certified mail to:

Patrick Fitzgerald, U.S. Attorney of the U.S. Department of Justice
U.S. Department of Justice – U.S. Attorney Office
219 S. Dearborn St., Fifth Floor
Chicago, IL 60604

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

·   I certify that on December 21, 2007, one copy of Petitioner's COMPLAINT FOR WRIT OF MANDAMUS was served by certified mail to:

Robert L. Blackwood
Chicago District Officer Director
U.S. Citizenship and Immigration Services
101 West Congress Parkway
Chicago, IL 60605

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on December 21, 2007, one copy of Petitioner's COMPLAINT FOR WRIT OF MANDAMUS was served by certified mail to:

MICHAEL CHERTOFF, Secretary
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Washington, D.C. 20528

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## **CERTIFICATE OF SERVICE**

I certify that on December 21, 2007, one copy of Petitioner's COMPLAINT FOR WRIT OF MANDAMUS was served by certified mail to:

Dr. EMILIO T. GONZALEZ, Director
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Washington, D.C. 20528

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169