IN THE UNITED STATES COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhuangren Liu<br>A 75 304 845<br>        Plaintiff<br><br>v.<br><br>PETER D. KEISLER, Acting Attorney<br>General of the United States;<br>PATRICK FITZGERALD, U.S. Attorney<br>The U.S. Department of Justice;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>ROBERT L. BLACKWOOD, Chicago District<br>Office Director, U.S. Citizenship and<br>Immigration Services;<br>Dr. EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services<br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 08CV0064

Judge Gettleman

FILED
3-18-2008
MAR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Pursuant to Rule 41(a)(1) of the federal rules of Civil Procedure, Plaintiff Zhuangren Liu (hereinafter "Liu"), hereby dismisses all causes of action in the complaint against Respondents without prejudice.

Liu is dismissing this action as there is no longer a basis for the relief sought. This action was brought to compel adjudication of Liu's properly filed application for adjustment of status under Section 245(a) of the Immigration and Nationality Act. Since the complaint was filed, however, a decision has been made by Respondents in regard to Liu's application.

Respondents have neither filed an answer to the complaint nor a motion for summary judgment as to these claims. Therefore, dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

/s/ Patrick A. Metcalf

Patrick A. Metcalf, Attorney for Plaintiff
525 W. Higgins Rd., Ste 101
Hoffman Estates, IL 61069
(847) 882-1992

## CERTIFICATE OF SERVICE

I certify that on March 13th, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Pat Fitzgerald
U.S. Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604


_____
Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on March 13th, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Dr. Emilio T. Gonzalez, Director
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Washington D.C. 20528

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on March 13th, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Robert L. Blackwood
Chicago district Office Director
U.S. Citizenship and Immigration Services
101 W. Congress Parkway
Chicago, IL 60605

_____
Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on March 13th, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

MICHAEL CHERTOFF, Secretary
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Washington, D.C. 20528

_____
Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on March 13th, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Michael Mukasey
Attorney General of the United States
U.S. Dept. of Justice – Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington D.C. 20044

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169